IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MARY M. COLLINS, Individually and
as Personal Representative of the Heirs
and Estate of JAMES DANIEL
COLLINS, Deceased
   Plaintiff(s),

v.

METROPOLITAN LIFE INSURANCE
COMPANY, INC;

FOSTER WHEELER NORTH
AMERICA CORPORATION (F/K/A
FOSTER WHEELER ENERGY
CORPORATION);

GEORGIA-PACIFIC CORPORATION
(individually and as successor to
BESTWALL GYPSUM COMPANY);

KELLY-MOORE PAINT COMPANY,
INC.;

AQUA-CHEM, INC. (d/b/a CLEAVER-
BROOKS DIVISION);

CERTAINTEED CORPORATION;

OWENS-ILLINOIS, INC. (individually
and as successor-in-interest to OWENS-
ILLINOIS GLASS COMPANY and
d/b/a O-I);

ZURN INDUSTRIES, INC. 9A/j/a and
successor-by-merger to ERIE CITY
IRON WORKS);

GARLOCK SEALING
TECHNOLOGIES LLC (individually
and as a successor-in-interest to
GARLOCK, INC);

AMETEK, INC. (individually and as a
successor-in-interest to HAVEG

_____

NOTICE OF TAG ALONG

Filed on behalf of
VOLKSWAGEN OF AMERICA,
INC.

4137927

INDUSTRIES, INC. successor-by-merger with HAVEG CORPORATION);

CHAMPLAIN CABLE CORPORATION (individually , and as successor-in-interest to AMERICAN SUPER TEMPERATURE WIRE, and successor-in-interest to HAVEG INDUSTRIES, INC. successor-by-merger to HAVEG CORPORATION);

HERCULES, INC. (individually, and as successor-in-interest to HAVEG INDUSTRIES, INC. successor-by merger to HAVEG CORPORATION);

RILEY POWER, INC. (f/k/a BABCOCK BORSIG POWER, INC. f/k/a D.B. RILEY, INC. f/k/a RILEY STOKER CORPORATION);

UNION CARBIDE CORPORATION;

DANA CORPORATION;

CRANE COMPANY;

INGERSOLL-RAND COMPANY;

CROWN CORK & SEAL COMPANY, INC. (individually and as successor-in-interest to MUNDET CORK COMPANY);

3M COMPANY (individually and f/k/a MINNESOTA, MINING and MANUFACTURING COMPANY a/k/a "3M");

T.H. AGRICULTURE & NUTRITION LLC (individually and f/k/a T.H. AGRICULTURE & NUTRITION COMPANY, INC. f/k/a THOMPSON-HAYWARD CHEMICAL COMPANY);

4137927

PHILIPS ELECTRONICS NORTH AMERICA CORP (individually and as successor-in-interest to T H AGRICULTURE & NUTIRTION LLC);

KAISER CEMENT CORPORATION (individually and as successor-in-interest to KAISER GYPSUM COMPANY, INC.);

HANSON PERMANENT CEMENT, INC. (f/k/a KAISER CEMENT CORPORATION, individually and as successor-in-interest to KAISER GYPSUM COMPANY, INC.);

BONDEX INTERNATIONAL, INC.;

RPM, INC. (individually and as successor-in-interest to RPM, INC. and BONDEX INTERNATIONAL, INC.);

RPM INTERNATIONAL, INC. (individually and as successor-in-interest to RPM, INC. and BONDEX INTERNATIONAL, INC.);

VIACOM, INC. (individually and as successor-in-merger to CBS CORPORATION, successor-by-merger to WESTINGHOUSE ELECTRIC CORPORATION);

THE GOODYEAR TIRE & RUBBER COMPANY;

BORGWARNER MORSE TEC, INC. (individually and as successor-in-interest to BORG-WARNER CORPORATION);

BORGWARNER, INC. (individually and as successor-in-interest to BORG-WARNER CORPORATION);

HONEYWELL INTERNATIONAL,

4137927

INC. (individually and as successor-in-interest
To ALLIED-SIGNAL, INC. and THE BENDIX CORPORATION);

DAIMLERCHRYSLER CORPORATION (f/k/a CHRYSLER CORPORATION);

GENERAL MOTORS CORPORATION;
FORD MOTOR COMPANY;

PNEUMO ABEX LLC (individually and as successor-in-merger to PNEUMO ABEX CORPORATION, successor-in-interest to ABEX CORPORATION f/k/a AMERICAN BRAKE SHOE and FOUNDRY COMPANY including the AMERICAN BRAKEBLOK DIVISION and FOUNDRY COMPANY including AMERICAN BRAKEBLOK DIVISION and THE AMERICAN BRAKEBLOK CORPORATION f/k/a THE AMERICAN BRAKE MATERIALS CORPORATION);

MAREMONT CORPORATION (a subsidiary of ARVIN INDUSTRIES, INC. individually and as successor-in-interest to GRIZZLY MANUFACTURING CO.);

HENNESSY INDUSTRIES, INC. (individually and as successor-in-merger to AMMCO TOOLS, INC and AMMCO TOOLS, CO. d/b/a AMMCO TOOLS);
A.W. CHESTERTON, INC.;
DURABLA MANUFACTURING COMPANY, INC.
<u>VOLKSWAGEN OF AMERICA, INC.</u>

       Defendants.

4137927

## NOTICE OF TAG ALONG ACTION

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel On Multidistrict Litigation entered an Order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That Order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears_

The undersigned hereby notifies the Court that the Notice of Removal, filed contemporaneously herewith, makes this case a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may enter a conditional transfer order pursuant to MDL Rule 7.4(a) or, alternatively, file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.5(b).

Dated: March 14, 2007

Respectfully submitted,

OBERMAYER REBMANN
MAXWELL & HIPPEL, LLP

BY: _/s/ Steven Derre_____

4137927

Steven T. Davis, Esquire
Del. Bar No. 2731
3 Mill Road, Suite 306A
Wilmington, DE  19806

AND

OF COUNSEL:
Alice S. Johnston, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
One Mellon Center
500 Grant Street, Suite 5240
Pittsburgh, PA  15219

AND

One Penn Center, 19th Floor
1617 JFK Boulevard
Philadelphia, PA  19103

AND

Robert E. Thackston, Esquire
Hawkins Parnell & Thackston, LLP
4514 Cole Avenue, Suite 550
Dallas, TX  75205

Counsel for Defendant,
Volkswagen of America, Inc.

4137927

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Volkswagen of America, Inc.'s Notice of Tag-Along Action was served on all Counsel of Record this 14th day of March, 2007.

                    OBERMAYER REBMANN
                    MAXWELL & HIPPEL, LLP

BY: _____
       Steven T. Davis, Esquire
       Del. Bar No. 2731
       3 Mill Road, Suite 306A
       Wilmington, DE 19806

AND

OF COUNSEL:
Alice S. Johnston, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
One Mellon Center
500 Grant Street, Suite 5240
Pittsburgh, PA 15219

AND

One Penn Center, 19th Floor
1617 JFK Boulevard
Philadelphia, PA 19103

AND

Robert E. Thackston, Esquire
Hawkins Parnell & Thackston, LLP
4514 Cole Avenue, Suite 550
Dallas, TX 75205

Counsel for Defendant,
Volkswagen of America, Inc.

4137927