IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARY M. COLLINS, Individually and as Personal Representative of the Heirs and Estate of JAMES DANIEL COLLINS, Deceased<br>    Plaintiff(s),<br><br> v.<br><br>VOLKSWAGEN OF AMERICA, INC.<br><br>   Defendant. | No. 1-07-CV-149 *** |

### DEFENDANT VOLKSWAGEN OF AMERICA, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Volkswagen of America, Inc. ("VWoA") states that it is a wholly-owned subsidiary of a German corporation known as Volkswagen AG ("VWAG"). All of the issued and outstanding shares of VWoA's stock are owned by VWAG. No publicly held corporation owns 10% or more of Volkswagen of America, Inc.'s stock.

            By: /s/ Steven T. Davis
               Steven T. Davis, Esquire
               Del. Bar No. 2731
               Obermayer Rebmann Maxwell &
               Hippel, LLP
               3 Mill Road, Suite 306A
               Wilmington, DE  19806

                 AND

4140889

        OF COUNSEL
Alice S. Johnston, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
One Mellon Center
500 Grant Street, Suite 5240
Pittsburgh, PA  15219

            AND

One Penn Center, 19th Floor
1617 JFK Boulevard
Philadelphia, PA  19103

            AND

Robert E. Thackston, Esquire
Hawkins Parnell & Thackston, LLP
4514 Cole Avenue, Suite 550
Dallas, TX  75205

Counsel for Defendant,
Volkswagen of America, Inc.

Dated:  March 23, 2007

4140889

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of Volkswagen of America, Inc.'s Corporate Disclosure Statement was filed electronically and served via U.S. Mail upon Plaintiff's counsel this 23rd day of March, 2007.

By: /s/ Steven T. Davis
Steven T. Davis, Esquire
Del. Bar No. 2731
Obermayer Rebmann Maxwell & Hippel, LLP
3 Mill Road, Suite 306A
Wilmington, DE 19806

AND

OF COUNSEL:
Alice S. Johnston, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
One Mellon Center
500 Grant Street, Suite 5240
Pittsburgh, PA 15219

AND

One Penn Center, 19th Floor
1617 JFK Boulevard
Philadelphia, PA 19103

AND

Robert E. Thackston, Esquire
Hawkins Parnell & Thackston, LLP
4514 Cole Avenue, Suite 550
Dallas, TX 75205

Counsel for Defendant,
Volkswagen of America, Inc.

4140889