IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARY M. COLLINS, Individually and as Personal Representative of the Heirs and Estate of JAMES DANIEL COLLINS, Deceased,<br><br>    Plaintiffs,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; ET AL.,<br><br>    Defendants. | Case No. 07-CV-149<br><br>*(Removed on March 14, 2007, from the Superior Court of the State of Delaware, in and for New Castle County, C.A. No. 06C-02-281-ASB)* |

## PLAINTIFF'S MOTION TO REMAND

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Plaintiff, MARY M. COLLINS, acting Individually and as Personal Representative of the Heirs of the ESTATE OF JAMES DANIEL COLLINS, Deceased, files this Motion to Remand this action to the state court from which it was improperly removed pursuant to 28 U.S.C. § 1446(b) and 28 U.S.C. § 1447(c). The removal defects and the legal authorities for this motion are set forth in the accompanying Brief in Support of Plaintiff's Motion to Remand.

        Respectfully submitted,

        **WEISS & SAVILLE, P.A.**
        1220 North Market Street, Suite 604
        P.O. Box 370
        Wilmington, DE 19899
        Phone: 302/656-0400
        Fax:  302/656-5011

        By:    /s/ Yvonne Takvorian Saville
                Yvonne Takvorian Saville, #3430

        *~ and ~*

        BARON & BUDD, P.C.
        The Centrum, Suite 1100
        3102 Oak Lawn Avenue
        Dallas, Texas  75219
        Phone:  214/521-3605
        Fax:  214/520-1181

        *Attorneys for Plaintiffs*

Date:   April 12, 2007

## CERTIFICATE OF SERVICE

    I hereby certify that on the 12th day of April, 2007, a true and correct copy of the above and foregoing instrument was served via PACER eFile and Serve system to all counsel of record.

        /s/ Yvonne Takvorian Saville
        Yvonne Takvorian Saville, #3430