

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARY M. COLLINS, Individually and as Personal Representative of the Heirs and Estate of JAMES DANIEL COLLINS, Deceased, | : : : : | C.A. No. 1:07-CV-00149 ASBESTOS |
| Plaintiff(s) | : : | |
| vs. | : : | |
| METROPOLITAN LIFE INSURANCE COMPANY, et al., | : : : | |
| Defendant(s). | : | |



### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Edmond Martin to represent MARY M. COLLINS, Individually and as Personal Representative of the Heirs and Estate of JAMES DANIEL COLLINS, Deceased, in this matter.

                                  Respectfully submitted,
                                  **WEISS & SAVILLE, P.A.**

By:    /s/ Yvonne Takvorian Saville
           Yvonne Takvorian Saville, #3430
           1220 North Market Street, Suite 604
           P.O. Box 370
           Wilmington, DE 19899
           Telephone:  (302) 656-0400
           Facsimile:   (302) 656-5011
           Attorney for Plaintiff

*Attorney for Plaintiff*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                              _____
                                                                   United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARY M. COLLINS, Individually and as Personal Representative of the Heirs and Estate of JAMES DANIEL COLLINS, Deceased, | C.A. No. 1:07-CV-00149 |
| | ASBESTOS |
| Plaintiff(s) | |
| vs. | |
| METROPOLITAN LIFE INSURANCE COMPANY, et al., | |
| Defendant(s). | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

_____
EDMOND MARTIN
**BARON & BUDD, P.C.**
The Centrum, Suite 1100
3102 Oak Lawn Avenue
Dallas, Texas 75219
Phone: 214/521-3605
Fax: 214/520-1181

*Attorney for Plaintiff*

Date: July 16, 2007