

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARY M. COLLINS, Individually and as Personal Representative of the Heirs and Estate of JAMES DANIEL COLLINS, Deceased, | : : : : | C.A. No. 1:07-CV-00149 ASBESTOS |
| Plaintiff(s) | : : | |
| vs. | : : | |
| METROPOLITAN LIFE INSURANCE COMPANY, et al., | : : : | |
| Defendant(s). | : | |



## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Jory D. Lange, Jr. to represent MARY M. COLLINS, Individually and as Personal Representative of the Heirs and Estate of JAMES DANIEL COLLINS, Deceased, in this matter.

        Respectfully submitted,
        **WEISS & SAVILLE, P.A.**

By:   /s/ Yvonne Takvorian Saville
       Yvonne Takvorian Saville, #3430
       1220 North Market Street, Suite 604
       P.O. Box 370
       Wilmington, DE 19899
       Telephone:   (302) 656-0400
       Facsimile:    (302) 656-5011
       Attorney for Plaintiff

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                                         _____
                                                                   United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARY M. COLLINS, Individually and as Personal Representative of the Heirs and Estate of JAMES DANIEL COLLINS, Deceased, | C.A. No. 1:07-CV-00149<br><br>ASBESTOS |
| Plaintiff(s) | |
| vs. | |
| METROPOLITAN LIFE INSURANCE COMPANY, et al., | |
| Defendant(s). | |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

JORY D. LANGE, JR.
BARON & BUDD, P.C.
The Centrum, Suite 1100
3102 Oak Lawn Avenue
Dallas, Texas 75219
Phone: 214/521-3605
Fax: 214/520-1181

*Attorney for Plaintiff*

Date: July 16, 2007