IN THE U.S. DISTRICT COURT, DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES DANIEL COLLINS and MARY COLLINS, | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | FILE NO. 1:07-CV-00149 |
| | : | |
| METROPOLITAN LIFE INS. CO., et al., | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

IT IS HEREBY ORDERED this _____ day of _____, 2007, that pursuant to the Stipulation of Dismissal between Plaintiffs and Defendant, Hennessy Industries, Inc., all claims against Hennessy Industries, Inc., are DISMISSED with prejudice.

_____
J.

IN THE U.S. DISTRICT COURT, DISTRICT OF DELAWARE

JAMES DANIEL COLLINS and MARY COLLINS,

    Plaintiffs,

v.

METROPOLITAN LIFE INS. CO., et al.,

    Defendants.

CIVIL ACTION

FILE NO. 1:07-CV-00149

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, through their counsel, and Hennessy Industries, Inc., through its counsel, that the above-captioned action, including all claims against Hennessy Industries, Inc., is dismissed with prejudice with each party to bear their own costs.

WEISS & SAVILLE, P.A.

/s/ Yvonne Takvorian Saville
YVONNE TAKVORIAN SAVILLE
(#3430)
1220 Market Street, Suite 604
Wilmington, DE 19801
(302) 656-0500
Attorney for Plaintiffs

Dated: 7/23/07

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

/s/ Penelope B. O'Connell
PENELOPE B. O'CONNELL (#4898)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
(302) 428-3181
Attorney for Hennessy Industries, Inc.

Dated: 7/26/07