IN THE U.S. DISTRICT COURT, DISTRICT OF DELAWARE

JAMES DANIEL COLLINS and MARY COLLINS, :

    Plaintiffs, :     CIVIL ACTION

v. :     FILE NO. 1:07-CV-00149

METROPOLITAN LIFE INS. CO., et al., :

    Defendants. :

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, through their counsel, and Hennessy Industries, Inc., through its counsel, that the above-captioned action, including all claims against Hennessy Industries, Inc., is dismissed with prejudice with each party to bear their own costs.

| | |
|---|---|
| WEISS & SAVILLE, P.A. | ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. |
| /s/ Yvonne Takvorian Saville | /s/ Penelope B. O'Connell |
| YVONNE TAKVORIAN SAVILLE (#3430) | PENELOPE B. O'CONNELL (#4898) |
| 1220 Market Street, Suite 604 | 300 Delaware Avenue, Suite 1700 |
| Wilmington, DE 19801 | P.O. Box 1630 |
| (302) 656-0500 | Wilmington, DE 19899 |
| Attorney for Plaintiffs | (302) 428-3181 |
| | Attorney for Hennessy Industries, Inc. |
| Dated: 7/23/07 | Dated: 7/26/07 |