# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888
http://www.jpml.uscourts.gov

August 6, 2007

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Re: MDL-875 -- IN RE Asbestos Products Liability Litigation (No. VI)   07cv149xxx

(See Attached Schedule A of Order)

Dear Mr. Kunz:

I am enclosing a certified copy and one additional copy of a transfer order filed today by the Panel in the above-captioned matter. The order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.

A list of involved counsel is attached.

FILED
AUG 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Deputy Clerk

Enclosures/Attachment

cc:  Transferee Judge: Judge James T. Giles
     Transferor Judges: Judge Walter J. Gex III; Judge Joe B. McDade; Judge Scott O. Wright;
     Judge Joseph J. Farnan, Jr.
     Transferor Clerks: J.T. Noblin; John M. Waters; Patricia L. Brune; Peter T. Dalleo

JPML Form 29A

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 6 2007

FILED
CLERK'S OFFICE

## UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (No. VI)            MDL No. 875

### TRANSFER ORDER

**Before the entire Panel**[*]: These motions are brought pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in five actions listed on Schedule A and pending in the District of Delaware, the Central District of Illinois (two actions), the Southern District of Mississippi, and the Western District of Missouri, respectively. Movants ask the Panel to vacate the respective portions of its orders conditionally transferring their actions to the Eastern District of Pennsylvania for inclusion in the centralized pretrial proceedings occurring there in this docket before Judge James T. Giles. Responding defendants support transfer of the actions.

On the basis of the papers filed and hearing session held (without oral argument), the Panel finds that these actions involve common questions of fact with actions in this litigation previously transferred to the Eastern District of Pennsylvania, and that transfer of these actions to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. We find that transfer of these actions is appropriate for reasons expressed by the Panel in its original decision in this docket directing centralization of all pending federal court actions not then in trial involving allegations of personal injury or wrongful death caused by asbestos or asbestos containing products. *See In re Asbestos Products Liability Litigation (No. VI)*, 771 F.Supp. 415 (J.P.M.L. 1991). Particularly, in the Panel's original decision distinctions based on such matters as the pendency of motions or other matters before the transferor court,[1] the uniqueness of a party's status, the

---

[*] Judges Heyburn and Scirica took no part in the disposition of this matter. Judge Motz took no part in the disposition of this matter with respect to the Southern District of Mississippi and Western District of Missouri actions.

[1] Certain plaintiffs have argued that transfer of their actions should be denied or deferred in order to permit the resolution of motions to remand the actions to state court. There is no need to delay transfer in order to accommodate such an interest. We make the following observations: (1) as a practical matter, there is a lag time of at least three or four months from the filing of an action, its identification as a potential tag-along action, issuance of a conditional transfer order, stay of transfer when a party timely objects to the conditional transfer, briefing on the question of transfer, the Panel hearing session, and the issuance of the Panel's subsequent order; (2) Panel Rule 1.5, R.P.J.P.M.L., 199 F.R.D. at 427, expressly provides that the pendency of a conditional transfer order

(continued...)

- 2 -

type of defendant, the docket condition of any specific federal district, the stage of pretrial proceedings, the presence of unique claims or additional claims not relating to asbestos injury or death, and/or the unanimity of opposition to transfer by the parties to an action, were considered and rejected by the Panel as grounds for carving out exceptions to transfer in this extraordinary docket. We are not persuaded to depart from this approach in dealing with the question of transfer of the actions now before the Panel.

Under the stewardship of the transferee court, as of July 30, 2007, (1) over 74,600 actions have been closed in the transferee district, and (2) over 1,360 actions or claims therein have been returned to their originating transferor districts. To any parties that believe the uniqueness of their particular situation renders continued inclusion of their action in MDL No. 875 unnecessary or inadvisable, whenever the transferee court deems remand of any claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay. *See* Rule 7.6, R.P.J.P.M.L., 199 F.R.D. at 436-38. We are confident that the transferee court will continue to promptly review arguments for returning transferred actions or claims to their transferor courts and will take all appropriate steps to assure their speedy return whenever it is convinced that retention in the MDL No. 875 proceedings is no longer needed.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these five actions are transferred to the Eastern District of Pennsylvania and, with the consent of that court, assigned to the Honorable James T. Giles for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

PANEL ON MULTIDISTRICT LITIGATION

_____
D. Lowell Jensen
Acting Chairman

John G. Heyburn II, Chairman[*]    J. Frederick Motz[*]
Robert L. Miller, Jr.               Kathryn H. Vratil
David R. Hansen                     Anthony J. Scirica[*]

---

[1](...continued)
does not in any way (i) suspend orders and pretrial proceedings in the district court in which the action that is the subject of the conditional transfer order is pending, or (ii) limit the pretrial jurisdiction of that court; and (3) accordingly, those courts wishing to address such motions have adequate time in which to do so, those courts concluding that such issues should be addressed by the transferee judge need not rule on them, and the process of Section 1407 transfer in MDL-875 can continue without any unnecessary interruption or delay.

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (No. VI)                                                        MDL No. 875

## SCHEDULE A

<u>District of Delaware</u>

Mary M. Collins, etc. v. Metropolitan Life Insurance Co., et al., C.A. No. 1:07-149

<u>Central District of Illinois</u>

Carol Durbin, etc. v. Pneumo Abex Corp., et al., C.A. No. 1:07-1037
Alan Nussbaum, et al. v. Pneumo Abex Corp., et al., C.A. No. 1:07-1038

<u>Southern District of Mississippi</u>

Robert L. Reeves v. Afton Pumps, Inc., et al., C.A. No. 1:07-141

<u>Western District of Missouri</u>

Patrick Kroske v. Union Carbide, et al., C.A. No. 4:07-184

# INVOLVED COUNSEL LIST
## MDL NO. 875
### IN RE Asbestos Products Liability Litigation (No. VI)

Joseph G. Baladi
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Jack T. Bangert
Sherman, Taff & Bangert, P.C.
1100 Main Street
Suite 3000
P.O. Box 26530
Kansas City, MO 64196

Brian P. Barrow
Simon Eddins & Greenstone
301 East Ocean Blvd.
Suite 1950
Long Beach, CA 90802

Nicole Cress Behnen
Polsinelli, Shalton, Welte, Suelthaus PC
100 South Fourth Street
Suite 1100
St. Louis, MO 63102

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

James H. Bolin
Butler, Snow, O'Mara, Stevens &
Cannada, PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Nathaniel A. Bosio
Dogan & Wilkinson, PLLC
P.O. Box 1618
734 Dalmas Ave.
Pascagoula, MS 39568-1618

Stefan G. Bourn
Forman, Perry, Watkins, Krutz & Tardy,
PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Charles W. Branham, III
Simon Eddins & Greenstone
3232 McKinney Avenue
Suite 610
Dallas, TX 75204

Byron N. Brown, IV
Wyatt, Tarrant & Combs, LLP
1715 Aaron Brenner Drive
The Renaissance Center, Suite 800
Memphis, TN 38120-4367

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 1377
Biloxi, MS 39533-1377

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Margaret M. Chaplinsky
Kalinoski & Chaplinsky
100 Court Avenue
Suite 205
Des Moines, IA 50309-2200

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Benjamin T. Clark
Spencer, Fane, Britt & Browne
1000 Walnut
Suite 1400
Kansas City, MO 64106-2140

Michael Jason Clayton
Forman, Perry, Watkins, Krutz & Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Sean R. Cox
Baron & Budd, P.C.
The Centrum
3102 Oak Lawn Avenue
Suite 100
Dallas, TX 75219-4281

Richard M. Crump
Forman, Perry, Watkins, Krutz & Tardy, PLLC
P.O. Box 22608
200 South Lamar Street
Jackson, MS 39225-2608

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Steven T. Davis
Obermayer, Rebmann, Maxwell & Hippel LLP
3 Mill Road
Suite 306A
Wilmington, DE 19806

Jessica B. DeGroote
Forman, Perry, Watkins, Krutz & Tardy, PLLC
P.O Box 22608
Jackson, MS 39225-2608

Lawrence S. Denk
Foley & Mansfield, PLLP
1001 Highlands Plaza Drive West
Suite 400
St. Louis, MO 63110

Joseph Benjamin Dioszeghy
Rasmussen Willis Dickey & Moore, LLC
9200 Ward Parkway
Suite 310
Kansas City, MO 64114

INVOLVED COUNSEL LIST - MDL-875                                                                 Page 2 of 4

Adam K. Draney
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1084

Terese A. Drew
Hinshaw & Culbertson LLP
701 Market Street
Suite 1300
St. Louis, MO 63101

Mathew J. Eddy
Lashly & Baer, P.C.
714 Locust Street
St. Louis, MO 63101-1699

Joshua M. Ellwanger
Blackwell Sanders Peper Martin
4801 Main Street
Suite 1000
Kansas City, MO 64112

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

William F. Ford
Lathrop & Gage, L.C.
2345 Grand Boulevard
Suite 2800
Kansas City, MO 64108

Jeffrey Pierce Fultz
Beason Willingham, LLP
The Neils Emperson Building
808 Travis, Suite 1608
Houston, TX 77002

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Virginia M. Giokaris
Rasmussen Willis Dickey &
Moore, LLC
9200 Ward Parkway
Suite 310
Kansas City, MO 64114

Michael D. Goggans
Page, Mannino, Peresich &
McDermott, PLLC
P.O. Box 16450
Jackson, MS 39236-6450

Samuel D. Habeeb
Forman, Perry, Watkins, Krutz &
Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Emily A. Hartz
Rasmussen, Willis, Dickey & Moore
9200 Ward Parkway
Suite 310
Kansas City, MO 64114

Christy C. Hendrix
Sulzer & Williams, LLC
201 Holiday Blvd., Suite 335
Covington, LA 70433

Jonathan P. Hilbun
Montgomery, Barnett, Brown, et al.
1100 Poydras St.
3200 Energy Centre
New Orleans, LA 70163-3200

James Gordon House, III
Forman, Perry, Watkins, Krutz &
Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

Laurie J. Hutchings
Duncan Courington & Rydberg
400 Poydras Street
Suite 1200
New Orleans, LA 70130

Faye M. James
Wilkins Stephens & Tipton
P. O. Box 13429
Jackson, MS 39236-3429

Charles L. Joley
Donovan, Rose, Nester & Joley
8 East Washington Street
Belleville, IL 62220

Katherine V. Kemp
Holcomb Dunbar, PA
P.O. Drawer 707
Oxford, MS 38655-0707

Thomas J. Kernell
Roberts & Perryman
One US Bank Plaza
Suite 2300
St. Louis, MO 63101

William B. Kirksey
Kirksey & Associates
401 E. Capitol Street at Congress
Suite 100-M
P.O. Box 33
Jackson, MS 39205-0033

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Mark R. Kurz
Gundlach, Lee, Eggmann, Boyle &
Roessler
5000 West Main Street
P.O. Box 23560
Belleville, IL 62223-0560

Matthew P. Lachaussee
Dogan & Wilkinson, PLLC
734 Delmas Avenue
P.O. Box 1618
Pascagoula, MS 39568-1618

INVOLVED COUNSEL LIST - MDL-875                                                                 Page 3 of 4

Daphne M. Lancaster
Aultman, Tyner & Ruffin, Ltd.
P.O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Joshua Douglas Lee
Schiff Hardin LLP
6600 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6473

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Kimberly P. Mangum
Barfield & Associates
P.O. Drawer 3979
233 East Capitol Street
Jackson, MS 39207-3979

Clinton W. Moody
Forman, Perry, Watkins, Krutz &
Tardy, PLLC
200 S. Lamar Street
City Center Building
Suite 100
Jackson, MS 39201-4099

Kyle S. Moran
Phelps Dunbar, LLP
NorthCourt One, Suite 300
2304 19th Street
Gulfport, MS 39501

James C. Morrow
Morrow, Willnauer & Klosterman
Executive Hills East, Building B
10401 Holmes
Ste. 300
Kansas City, MO 64131-4509

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Maggie L. Nigro
Husch & Eppenberger
1200 Main Street
Suite 2300
Kansas, MO 64105-2122

Robert P. Numbrich
Baty, Holm & Numrich, PC
4600 Madison Avenue
210 Plaza West Building
Kansas City, MO 64112-3012

Donald C. Partridge
Forman, Perry, Watkins, Krutz & Tardy
200 S. Lamar Street
City Center Building
Suite 100
Jackson, MS 39201-4099

James E. Peckert
Kehart Peckert & Booth
132 S. Water Street
Suite 200
P.O. Box 860
Decatur, IL 62525-0860

Brian R. Plegge
Moser & Marsalek
200 N. Broadway
Suite 700
St. Louis, MO 63102-2753

Robert G. Raleigh
Armstrong Teasdale, LLP
One Metropolitan Square
211 North Broadway
Suite 2600
St. Louis, MO 63102-2740

Robert B. Ramsey
Brent Coon & Associates
2010 South Big Bend Blvd.
St. Louis, MO 63117

Simine Bazyari Reed
Forman, Perry, Watkins, Krutz &
Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Thomas E. Rice Jr.
Baker, Sterchi, Cowden & Rice
Crown Center
2400 Pershing Road
Suite 500
Kansas City, MO 64108

Kyle N. Roehler
Foland Wickens Eisfelder Roper &
Hofer, PC
911 Main Street
Suite 3000
Kansan City, MO 64105

Bridget B. Romero
Lathrop & Gage, L.C.
2345 Grand Boulevard
Suite 2800
Kansas City, MO 64108

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Yvonne Takorian Saville
Michael Weiss, PA
1220 Market Street
Suite 604
Wilmington, DE 19801

David A. Schott
Hoagland, Fitzgerald, et al.
401 Market Street
P.O. Box 130
Alton, IL 62002

INVOLVED COUNSEL LIST - MDL-875												Page 4 of 4

Richard D. Schuster
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Robert W. Scott
Swain, Hartshorn & Scott
Savings Center Tower
Suite 1812
411 Hamilton Boulevard
Peoria, IL 61602-1104

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

William F. Selph, III
Simon Peragine Redfearn & Watson
1200 Washington Avenue
Suite A
Ocean Springs, MS 39564

Joseph A. Sherman
Bruini, Grantham, Grower & Hewes
P.O. Drawer 119
Jackson, MS 39205-0119

R. Scott Smith
Furry & Smith
Bldg. 5 Hidden Creek Office Park
4215 South Hocker
Suite. 300
Independence, MO 64055

Frances L. Spinelli
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 200
Atlanta, GA 30305

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Anthony Lamont Springfield
Polsinelli, Shalton, Welte, Suelthaus
700 West 47th Street
Suite 1000
Kansas City, MO 64112-1802

Bryant Matthew Struble
Thompson Coburn LLP
One US Bank Plaza
Suite 2600
St. Louis, MO 63101-1693

Jennifer M. Studebaker
Forman, Perry, Watkins, Krutz &
Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building, 645
Griswold St.
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226-4192

Cowles E. Symmes
Page, Mannino, Peresich &
McDermott, PLLC
759 Vieux Marche' Mall
P.O. Drawer 289
Biloxi, MS 39533-0289

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Mary W. Van Slyke
Page, Mannino, Peresich &
McDermott, PLLC
P.O. Drawer 289
Biloxi, MS 39533-0289

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Thomas E. Vaughn
Vaughn, Bowden & Wooten, PA
P.O. Drawer 240
Gulfport, MS 39502-0240

Rose Marie Wade
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Gretchen Wallace
Hepler, Broom, MacDonald,
Hebrank, et al.
103 West Vandalia Street
Suite 300
P.O. Box 510
Edwardsville, MO 62025-0510

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Michael E. Whitehead
Page, Mannino, Peresich &
McDermott, PLLC
P.O. Drawer 289
Biloxi, MS 39533-0289

James R. Wylder
Wylder Corwin Kelly, LLP
207 E. Washington Street
Suite 102
Bloomington, IL 61701

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC 20002-8004

OFFICIAL BUSINESS

FILED
AUG 9 2007
US DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo, Clerk
J. Caleb Boggs Federal Bldg.
Lockbox 18
844 North King Street
Wilmington, DE 19801-3570